UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES MATREAL,

    Plaintiff,

v.

BANK OF AMERICA, N.A., ET AL.,

    Defendants.
_____/

Case No. 12-10646

Honorable Nancy G. Edmunds

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's Motion for Dismissal and for Summary Judgment is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE.

    SO ORDERED.

        s/Nancy G. Edmunds_____
        Nancy G. Edmunds
        United States District Judge

Dated: August 8, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 8, 2012, by electronic and/or ordinary mail

        s/Carol A. Hemeyer_____
        Case Manager